**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| PEANUTS WORLDWIDE LLC,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>　　　　　　　Defendants. | Case No. 21-cv-03525<br><br>Judge John J. Tharp, Jr.<br><br>Magistrate Judge Beth W. Jantz |

**DEFAULT JUDGMENT ORDER**

This action having been commenced by Plaintiff PEANUTS WORLDWIDE LLC ("PEANUTS") against the defendants identified on Schedule A, and using the Online Marketplace Accounts identified on Schedule A (the "Defendant Internet Stores"), and PEANUTS having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto which have not yet been dismissed from this case (collectively, "Defaulting Defendants");

This Court having entered a preliminary injunction; PEANUTS having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from domain name registrars and payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds that PEANUTS has provided a basis to conclude that Defaulting Defendants have sold products using infringing and counterfeit versions of PEANUTS' federally registered trademarks and copyrights (the "PEANUTS Trademarks and Copyrights"). Lists of the PEANUTS Trademarks and Copyrights are included in the below charts.

| Registration No. | Trademark | Goods and Services |
|---|---|---|
| 1,255,304 | PEANUTS | For: address books; books (including coloring books); datebooks; greeting cards; growth charts made of paper; invitations; memo pads; nametags made of paper; paintbrushes; paper napkins; pencils; pencil boxes and cases; place cards made of paper; playing cards; telephone list books; wrapping paper for gifts; writing paper and envelopes; and writing tablets in class 016. |
| 1,265,839 | PEANUTS | For: Christmas decorations and ornaments; dolls; playsets; puzzles in class 028. |
| 1,301,542 | PEANUTS | For: music boxes in class 015. |
| 1,729,501 | PEANUTS | For: clothing; namely, infant boys' and girls' creepers, leggings, shorts, jackets, tops, boys' tops, shorts, tank tops, fleece tops, pants, pajamas, jackets, shorts, and socks; girls' shorts, tops, creepers, jumpers, socks and hosiery in class 025. |
| 1,970,335 | PEANUTS | For: bed linen, namely bedspreads, blankets, comforters, pillowcases, pillow shams, and sheets in class 024. |
| 4,017,645 | PEANUTS | For: pre-recorded DVDs featuring animated characters; pre-recorded CDs featured animated character voices; films featuring animated characters; computer game programs, computer game software, video games, namely, video game software, video |

| Registration No. | Trademark | Goods and Services |
|---|---|---|
| | | game cartridges and video game discs; downloadable television shows featuring animated characters in class 009. For: continuing animated programs distributed over television, satellite, audio, video media, the internet and worldwide web in class 041. |
| 4,429,043 | PEANUTS | For: motion picture films featuring animated cartoons; downloadable motion pictures featuring animated cartoons; downloadable music in class 009. |
| 5,023,666 | PEANUTS | For: porcelain commemorative plates in class 021. |
| 5,392,411 | PEANUTS | For: bags, namely, purses, tote bags, backpacks, book bags, school bags, diaper bags, duffel bags, messenger bags, overnight bags, sling bags, luggage, luggage tags, travels bags and garment bags for travel, cosmetic bags sold empty, toiletry bags sold empty, cinch sacks in the nature of drawstring bags used as backpacks, wristlet bags, wallets, change purses, leather and imitation leather key chains, umbrellas; pet clothing; pet accessories, namely, leashes, collars in class 018. |
| 1,254,632 | SNOOPY | For: games and toys; ornaments and decorations for Christmas trees in class 028. |
| 1,256,819 | SNOOPY | For: jewelry, watches, and clocks in class 014. |
| 1,256,900 | SNOOPY | For: luggage and tote bags in class 018. |
| 1,256,970 | SNOOPY | For: athletic jerseys, aprons, bibs, coats, footwear, gloves, hats, jackets, jogging suits, mittens, nightgowns, nightshirts, pajamas, t-shirts, tank tops, shorts, socks, sweatshirts, and underwear in class 025. |
| 1,267,166 | SNOOPY | For: picture frames in class 020. |
| 1,268,857 | SNOOPY | For: adhesive bandages in class 005. |
| 1,286,055 | SNOOPY | For: drinking glasses, glass mugs, ceramic mugs, decorative ceramic storage containers for |

| Registration No. | Trademark | Goods and Services |
|---|---|---|
| | | miscellaneous items, and toothbrushes in class 021. |
| 1,300,520 | SNOOPY | For: books, writing paper and envelopes, paint brushes, playing cards, printed instructional and teaching materials, crayons, felt-tip markers, pencils, erasers, paper lunch bags, calendars, drawing paper and tablets, and memo pads in class 016. |
| 2,492,720 | SNOOPY | For: gummy candies in class 030. |
| 4,145,986 | SNOOPY | For: pre-recorded DVDs, pre-recorded CDs, motion picture films for television featuring animated characters; computer game programs; computer game software; video game programs; video game discs; and video game software in class 009. |
| 5,218,767 | SNOOPY | For: motion picture films featuring children's entertainment; downloadable motion pictures featuring children's entertainment in class 009. |
| 5,214,344 | CHARLIE BROWN | For: motion picture films featuring animated cartoons; downloadable motion pictures featuring animated cartoons; downloadable music, ringtones and electronic games via the internet and wireless devices in class 009. |

| Registration Number | Registered Copyright |
|---|---|
| B 197-759 | United Feature comics. Vol. 38, no. 7 |
| GP 59-162 | Peanuts; sculpture. By Determined Productions, Inc. |
| A 95-985 | Colorful world of Snoopy, Linus, Schroeder, Lucy and Charlie Brown |

This Court further finds that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), and copyright infringement (17 U.S.C. § 501).

4

Accordingly, this Court orders that PEANUTS' Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Judgment is entered against Defaulting Defendants.

This Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a. using the PEANUTS Trademarks and Copyrights or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine PEANUTS product or not authorized by PEANUTS to be sold in connection with the PEANUTS Trademarks and Copyrights;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine PEANUTS product or any other product produced by PEANUTS, that is not PEANUTS' or not produced under the authorization, control, or supervision of PEANUTS and approved by PEANUTS for sale under the PEANUTS Trademarks and Copyrights;

    c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of PEANUTS, or are sponsored by, approved by, or otherwise connected with PEANUTS; and

    d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or

inventory not manufactured by or for PEANUTS, nor authorized by PEANUTS to be sold or offered for sale, and which bear any of PEANUTS' trademarks or copyrights, including the PEANUTS Trademarks and Copyrights, or any reproductions, counterfeit copies or colorable imitations.

2. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc., AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, ContextLogic, Inc. d/b/a Wish.com ("Wish.com"), and Dhgate (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

    a. using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell counterfeit and infringing goods using the PEANUTS Trademarks and Copyrights; and

    b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the PEANUTS Trademarks and Copyrights or any reproductions, counterfeit copies or colorable imitations thereof that is not a genuine PEANUTS product or not authorized by PEANUTS to be sold in connection with the PEANUTS Trademarks and Copyrights.

3. Upon PEANUTS' request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 2, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the PEANUTS Trademarks and Copyrights.

4. Pursuant to 15 U.S.C. § 1117(c)(2), PEANUTS is awarded statutory damages from each of the Defaulting Defendants in the amount of two hundred fifty thousand dollars ($250,000.00) for willful use of counterfeit PEANUTS Trademarks on products sold through at least the Defendant Internet Stores. Pursuant to 17 U.S.C. § 504(c)(2), PEANUTS is awarded statutory damages from each of the Defaulting Defendants in the amount of one hundred thousand dollars ($100,000.00) for willful copyright infringement of the PEANUTS Copyrights. These awards shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Complaint and Schedule A.

5. Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, Inc. ("PayPal"), Alipay, Alibaba, Wish.com, Ant Financial Services Group ("Ant Financial"), and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 4 above) or other of Defaulting Defendants' assets.

6. All monies (up to the amount of the statutory damages awarded in Paragraph 4 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, Alipay, Alibaba, Wish.com, Ant Financial, and

        Amazon Pay, are hereby released to PEANUTS as partial payment of the above-identified damages, and Third Party Providers, including PayPal, Alipay, Alibaba, Wish.com, Ant Financial, and Amazon Pay, are ordered to release to PEANUTS the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

7. Until PEANUTS has recovered full payment of monies owed to it by any Defaulting Defendant, PEANUTS shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

8. In the event that PEANUTS identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, PEANUTS may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 4 to the Declaration of Carrie J. Dumont and any e-mail addresses provided for Defaulting Defendants by third parties.

9. The one hundred ninety-nine thousand dollar ($199,000.00) surety bond posted by PEANUTS is hereby released to PEANUTS or its counsel, Greer, Burns & Crain, Ltd. The Clerk of the Court is directed to return the [cash or surety] bond previously deposited with the Clerk of the Court to PEANUTS or its counsel.

This is a Default Judgment.

Dated: September 8, 2021

                                              John J. Tharp, Jr.
                                              United States District Judge

## Schedule A

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 1 | Omala Store | 2 | KAWAII You Store |
| 3 | GHF Store | 4 | 100% cotton T-shirt 76 Store |
| 5 | Junxuan house | 6 | A10V89AGWCPTY9 |
| 7 | yiwuhanke | 8 | aidexiaowucom |
| 9 | INDUS RAIN | 10 | guangxibeihilijunjianzhuzhangshingchengyouxian |
| 11 | ChenSuo | 12 | xinyangshangmao |
| 13 | jiaozuoshiwanxuanwangluokejiyouxiangongsi | 14 | yiwushijiuhuidianzishangwuyouxiangongsi |
| 15 | Yimi Art Center | 16 | ADSZLXHJNFCU |
| 17 | SunburstStore | 18 | SACCEEN |
| 19 | YingJingKeJiJP | 20 | meidongmaizhu |
| 21 | WELCOME COMPANY LIMITED | 22 | YANANBT |
| 23 | Standard boutique | 24 | Luohexingbinshangmaoyouxianguosi |
| 25 | Best mobile phone shop | 26 | pengrumaoyi |
| 27 | honghui123 | 28 | shmilyh |
| 29 | gsazon | 30 | L.Phoenix |
| 31 | DISMISSED | 32 | Happy poster |
| 33 | hengxiangdianzi | 34 | PetrichorshStore |
| 35 | qingweixuanshiyeyouxiangongsi | 36 | juntaoshangpu |
| 37 | DISMISSED | 38 | Ccinuco |
| 39 | Amice-A | 40 | 3gazebopop |
| 41 | guangzhouwangrui | 42 | DISMISSED |
| 43 | yubinchenfly | 44 | shenzhenshichenhuikejiyouxiangongsi |
| 45 | 356xd701 | 46 | gedengshangmao |
| 47 | shandongjiru | 48 | misiwenhua |
| 49 | yangwu123 | 50 | xiangchengshiwenkangbaihuopu |
| 51 | yangxiuyundian | 52 | guhang64215 |
| 53 | COCO0908 | 54 | yangxiaoling-cn |
| 55 | qinxiangdianpu | 56 | YLFC |
| 57 | LuDan Textile Co,Ltd | 58 | Chengdu kehaoyi Advertising Co., Ltd |
| 59 | yuander | 60 | Taolela |
| 61 | Moon Fairy Shop | 62 | DISMISSED |
| 63 | A2IOMKZRCNU1F0 | 64 | chentuoning |
| 65 | XIONGYIWANGLUO-JP | 66 | xfhbfd |
| 67 | HUTTY | 68 | shuotuoshangmao |

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 69 | yongshunwuzi | 70 | yaweijiandianzishangwu |
| 71 | DISMISSED | 72 | yangwu12345 |
| 73 | maoxianghudianpu | 74 | jiaozhoushijiangxinshipin dian |
| 75 | jinghexinchenggaijingwengbaihuodian | 76 | ihanjiangqulitaozhongwanriyo |
| 77 | MasonArts | 78 | yamubai |
| 79 | RQGPX | 80 | PuTianShiHanJiangQuMeiSongJiaoZiGuan |
| 81 | lixiangwei1 | 82 | shellystreet |
| 83 | Lucaks | 84 | Xinluoquwomengbaihuoshanghang |
| 85 | xiezanta | 86 | lianhuhuayuan9dong |
| 87 | A3DG9ATVD807JN | 88 | TIAN BING DIAN PU |
| 89 | xiamenhuitingmaoyiyouxiangongsi | 90 | LGQSTORE |
| 91 | Yuruichenran | 92 | AMZ-LIUD |
| 93 | DNVQBH | 94 | henanweiyiqiyeguanlizixunyouxiangongsi |
| 95 | YUTIANDI US | 96 | DISMISSED |
| 97 | DNWYALL | 98 | qitongshangmao |
| 99 | HNAWT | 100 | Chenlihong |
| 101 | Chloe Bronte | 102 | xianyoufanlingtingmaoyiyouxiangongsi |
| 103 | guangzhoushizengchengquhunershangmaoyouxiangongsi | 104 | AnkerG |
| 105 | HIHITAOO | 106 | Beatybeaty |
| 107 | DISMISSED | 108 | YFDN |
| 109 | Yuan Tai Co., Ltd.1 | 110 | binchengquzhoubintaoshengxianchaoshi |
| 111 | Good Day-1 | 112 | youxixianwenxiancaishangmaobu |
| 113 | DISMISSED | 114 | taiYuanKuiDongDianZiShangWuJingYingBu |
| 115 | DISMISSED | 116 | LightLee |
| 117 | lixiaokj | 118 | jansss |
| 119 | ASB251BGZA08B | 120 | gaoshuhan |
| 121 | xiangchengshigeqinggebaihuopu | 122 | daqiangbaihuopu |
| 123 | shuaixinmaoyi | 124 | changandisha sheyinggongzuoshi |
| 125 | Shenyang Eric Nano Technology Co., Ltd. | 126 | DISMISSED |
| 127 | transmarket | 128 | lucky11xin |
| 129 | DISMISSED | 130 | purestudio |
| 131 | DISMISSED | 132 | DISMISSED |
| 133 | china_topstore_3 | 134 | topmaxstore2 |

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 135 | happydhgatestores | 136 | DISMISSED |
| 137 | xxopp | 138 | koouions |
| 139 | doorfoots | 140 | Aidhgates |
| 141 | DISMISSED | 142 | yjh_019 |
| 143 | mydearthings | 144 | clothdhes |
| 145 | topcasesell | 146 | penggdhgates |
| 147 | sfe1012 | 148 | kimo1012 |
| 149 | mcxf1012 | 150 | blueriverflow |
| 151 | candice_store | 152 | co-space |
| 153 | dream-earth8 | 154 | galleonl16 |
| 155 | king201104 | 156 | top-ydz-lamp |
| 157 | xgbn_store001 | 158 | cheshiji-6 |
| 159 | seeksecond | 160 | cute201010 |
| 161 | alljewelrysupplies | 162 | smithforver Inc |
| 163 | hanjuxiaoming | 164 | wangzhongli |
| 165 | fangqipu | 166 | onxcxnmsdj |
| 167 | WalkerMcIntiren | 168 | ladpoaw |
| 169 | Yanery Pants | 170 | shenshuhong |
| 171 | chengxinti | 172 | Johnny Shaw |
| 173 | tujixiao | 174 | FuwoliaozoulC |
| 175 | Barry J. Littlejohn | 176 | N Martin |
| 177 | Esthermgl | 178 | Joanjp |
| 179 | Nicole Kennedy | 180 | Franklin E Brown |
| 181 | Sofia Zucker | 182 | ultluyejly |
| 183 | sotestxandy | 184 | Kristinayyaa |
| 185 | MarshallMoorepYfEx | 186 | angelinkirkman25000564 |
| 187 | Dhdgxgggggggchfgchfhghgf | 188 | yanghuanxia22368 |
| 189 | x1d6c15 | 190 | cbduer |
| 191 | yirenping147 | 192 | Lixiumei1314 |
| 193 | chengningbo1457 | 194 | wangxuefeng666 |
| 195 | yanqinya395646 | 196 | yangliu66503 |
| 197 | yanruihao51161 | 198 | chenxiujuan80061 |
| 199 | liuyunjuan66668888 | | |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 1 | aliexpress.com/store/4282041 | 2 | aliexpress.com/store/601133 |
| 3 | aliexpress.com/store/910336261 | 4 | aliexpress.com/store/911835213 |
| 5 | amazon.com/sp?seller=A10DT3S4B053A4 | 6 | amazon.com/sp?seller=A10V89AGWCPTY9 |
| 7 | amazon.com/sp?seller=A11427H9VU9ELG | 8 | amazon.com/sp?seller=A11GS1HH8PC8GB |

11

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 9 | amazon.com/sp?seller=A11NEYHV0M5H77 | 10 | amazon.com/sp?seller=A12EYST5E1MQTG |
| 11 | amazon.com/sp?seller=A12NASISCHBJGE | 12 | amazon.com/sp?seller=A14MQ73LAEELIV |
| 13 | amazon.com/sp?seller=A14VFKS8F327LF | 14 | amazon.com/sp?seller=A14Y2WD2XSCWPD |
| 15 | amazon.com/sp?seller=A1568YIC49Z8ZU | 16 | amazon.com/sp?seller=A1583O4PCPG1B1 |
| 17 | amazon.com/sp?seller=A15OAJH2068X0O | 18 | amazon.com/sp?seller=A16AT66CPZ6QQL |
| 19 | amazon.com/sp?seller=A1AGPFPMN5G4QZ | 20 | amazon.com/sp?seller=A1ASZDZGRNT2F2 |
| 21 | amazon.com/sp?seller=A1ATE1IGEJ1SV5 | 22 | amazon.com/sp?seller=A1BFNRSNCL9HP9 |
| 23 | amazon.com/sp?seller=A1BKWIBJ60EL55 | 24 | amazon.com/sp?seller=A1C4C8EHVU6DIY |
| 25 | amazon.com/sp?seller=A1CZBPBYM7J85G | 26 | amazon.com/sp?seller=A1H8S6X4KFD944 |
| 27 | amazon.com/sp?seller=A1HKQQFJQ9JZSE | 28 | amazon.com/sp?seller=A1IF5UY9FGRLBQ |
| 29 | amazon.com/sp?seller=A1KYS7WVM5S8J0 | 30 | amazon.com/sp?seller=A1M8XQUKGQHY38 |
| 31 | DISMISSED | 32 | amazon.com/sp?seller=A1OUTRPWWD56IC |
| 33 | amazon.com/sp?seller=A1PA5ROONGX0U | 34 | amazon.com/sp?seller=A1PLZHCO8E9ZZ9 |
| 35 | amazon.com/sp?seller=A1POKN5VDQJHYI | 36 | amazon.com/sp?seller=A1RV4ZU0PI063C |
| 37 | DISMISSED | 38 | amazon.com/sp?seller=A1SHHOS9IJRYXW |
| 39 | amazon.com/sp?seller=A1SPDD0IJBU7WD | 40 | amazon.com/sp?seller=A1T5YJO94KWWZF |
| 41 | amazon.com/sp?seller=A1TY39SLOFYDGP | 42 | DISMISSED |
| 43 | amazon.com/sp?seller=A20TLY358RVO7D | 44 | amazon.com/sp?seller=A22JXYTDJ0CUSB |
| 45 | amazon.com/sp?seller=A22RPQB5XKE6GH | 46 | amazon.com/sp?seller=A23BS3X5A56SQL |
| 47 | amazon.com/sp?seller=A24BNS785HWHPD | 48 | amazon.com/sp?seller=A24R5YC9OM0WL0 |
| 49 | amazon.com/sp?seller=A255Q65HGH15C4 | 50 | amazon.com/sp?seller=A25AJPGO4R615H |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 51 | amazon.com/sp?seller=A25DJACBVDOZSU | 52 | amazon.com/sp?seller=A25UPUZHVHARJ9 |
| 53 | amazon.com/sp?seller=A25UWX85F3HLAZ | 54 | amazon.com/sp?seller=A298SE9AZG3NR1 |
| 55 | amazon.com/sp?seller=A2B31WO7XIHX64 | 56 | amazon.com/sp?seller=A2BOTR9U1WFYPB |
| 57 | amazon.com/sp?seller=A2CEOA3FVR8SJI | 58 | amazon.com/sp?seller=A2CUJTYJ5VZSNA |
| 59 | DISMISSED | 60 | amazon.com/sp?seller=A2G7LN9EKCIX18 |
| 61 | amazon.com/sp?seller=A2GYMO86L5CHD1 | 62 | DISMISSED |
| 63 | amazon.com/sp?seller=A2IOMKZRCNU1F0 | 64 | amazon.com/sp?seller=A2J8OR6IQTXLBJ |
| 65 | amazon.com/sp?seller=A2J9D2Q88P441Z | 66 | amazon.com/sp?seller=A2L5R0D98Y3FYV |
| 67 | amazon.com/sp?seller=A2NJVEVV4MS2DY | 68 | amazon.com/sp?seller=A2ON0S6LCM861C |
| 69 | amazon.com/sp?seller=A2TQJM4E4MHWQ9 | 70 | amazon.com/sp?seller=A2USL4IVKZDXJL |
| 71 | DISMISSED | 72 | amazon.com/sp?seller=A2V6QRK096Y5HO |
| 73 | amazon.com/sp?seller=A2WNYTIFDRXKLL | 74 | amazon.com/sp?seller=A2XLKMNRF80DFD |
| 75 | amazon.com/sp?seller=A2YEU3LJ1T50EK | 76 | amazon.com/sp?seller=A301SSG07EHE9B |
| 77 | amazon.com/sp?seller=A31J3E1LE35E5B | 78 | amazon.com/sp?seller=A32KA383LB6EYP |
| 79 | amazon.com/sp?seller=A332D39ORA1CVG | 80 | amazon.com/sp?seller=A3584K1TCISD5W |
| 81 | amazon.com/sp?seller=A37EVD6LCU6LPS | 82 | amazon.com/sp?seller=A37X2MN5YWOQ22 |
| 83 | amazon.com/sp?seller=A3A5LXVR24FLVR | 84 | amazon.com/sp?seller=A3AANGOODB5711 |
| 85 | amazon.com/sp?seller=A3AFYDXJC5XDRI | 86 | amazon.com/sp?seller=A3D6W016YHRHG |
| 87 | amazon.com/sp?seller=A3DG9ATVD807JN | 88 | amazon.com/sp?seller=A3E43MQ8AR9PW1 |
| 89 | amazon.com/sp?seller=A3GS4Y5M2KO9PR | 90 | amazon.com/sp?seller=A3IIUZL784EOPY |
| 91 | amazon.com/sp?seller=A3KMFBD3FRYBAW | 92 | amazon.com/sp?seller=A3M350LB3MJQE2 |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 93 | amazon.com/sp?seller=A3NY2TZFTI923R | 94 | amazon.com/sp?seller=A3PFRHR3RMWDDU |
| 95 | amazon.com/sp?seller=A3PTMGIIGT6PPX | 96 | DISMISSED |
| 97 | amazon.com/sp?seller=A3QF7M8BVOXGXQ | 98 | amazon.com/sp?seller=A3QI1VJCYTH5LN |
| 99 | amazon.com/sp?seller=A3RG0C9OZ1B75P | 100 | amazon.com/sp?seller=A3S4CBUV8448C6 |
| 101 | amazon.com/sp?seller=A3SJ2V02TM692Z | 102 | amazon.com/sp?seller=A3VFI4VEMOU0NF |
| 103 | amazon.com/sp?seller=A3VXRXUSGB011X | 104 | amazon.com/sp?seller=A429JBETO6XHX |
| 105 | amazon.com/sp?seller=A567EBTFKQJ7T | 106 | amazon.com/sp?seller=A5CE9SNFZYAC9 |
| 107 | DISMISSED | 108 | amazon.com/sp?seller=A8O495G87V17I |
| 109 | amazon.com/sp?seller=AAXO1DLYGTMP7 | 110 | amazon.com/sp?seller=ACKIJPUPNX922 |
| 111 | amazon.com/sp?seller=AD9RGO2MIX399 | 112 | amazon.com/sp?seller=AD9YYRJGCM9O2 |
| 113 | DISMISSED | 114 | amazon.com/sp?seller=AEXIDFHZE7P3W |
| 115 | DISMISSED | 116 | amazon.com/sp?seller=AKP8CHIUN7SJJ |
| 117 | amazon.com/sp?seller=AMVDISZUNKIGA | 118 | amazon.com/sp?seller=AO9UGGH06W78K |
| 119 | amazon.com/sp?seller=ASB251BGZA08B | 120 | amazon.com/sp?seller=ASQZIW3X54PW4 |
| 121 | amazon.com/sp?seller=AW401HGKLTU3S | 122 | amazon.com/sp?seller=AWB0VANV7R3D |
| 123 | amazon.com/sp?seller=AXK163OA9N6JB | 124 | amazon.com/sp?seller=AYDAQN2HY6Y9O |
| 125 | amazon.com/sp?seller=AZSJ1C2VAULMK | 126 | DISMISSED |
| 127 | dhgate.com/store/20009452 | 128 | dhgate.com/store/20201968 |
| 129 | DISMISSED | 130 | dhgate.com/store/21078575 |
| 131 | DISMISSED | 132 | DISMISSED |
| 133 | dhgate.com/store/21588891 | 134 | dhgate.com/store/21604327 |
| 135 | dhgate.com/store/21609010 | 136 | DISMISSED |
| 137 | dhgate.com/store/21636266 | 138 | dhgate.com/store/21636285 |
| 139 | dhgate.com/store/21636286 | 140 | dhgate.com/store/21639004 |
| 141 | DISMISSED | 142 | dhgate.com/store/21643897 |
| 143 | dhgate.com/store/21643949 | 144 | dhgate.com/store/21648825 |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 145 | dhgate.com/store/21650252 | 146 | dhgate.com/store/21667299 |
| 147 | dhgate.com/wholesale/products/2c9362ec783fdb65017881988f5c15c4.html | 148 | dhgate.com/wholesale/products/ff8080817769128c01777a45dfeb1e2d.html |
| 149 | dhgate.com/wholesale/products/ff808081783fdddf0178773e75bf0467.html | 150 | ebay.com/usr/blueriverflow |
| 151 | ebay.com/usr/candice_store | 152 | ebay.com/usr/co-space |
| 153 | ebay.com/usr/dream-earth8 | 154 | ebay.com/usr/galleonl16 |
| 155 | ebay.com/usr/king201104 | 156 | ebay.com/usr/top-ydz-lamp |
| 157 | ebay.com/usr/xgbn_store001 | 158 | ebay.com/usr/cheshiji-6 |
| 159 | ebay.com/usr/seeksecond | 160 | ebay.com/usr/cute201010 |
| 161 | ebay.com/usr/alljewelrysupplies | 162 | wish.com/merchant/55eda65bb44ac34237f39707 |
| 163 | wish.com/merchant/5ac5a503a71fbf3f79240428 | 164 | wish.com/merchant/5adf060dddf45b77f03f1060 |
| 165 | wish.com/merchant/5b0a1c2fc721a91ac95f02c0 | 166 | wish.com/merchant/5b122a19daac455d062a048c |
| 167 | wish.com/merchant/5e5e1a903a1820038d9cd023 | 168 | wish.com/merchant/5e5f3ac3a7006c0a00279822 |
| 169 | wish.com/merchant/5e66e89a48b58720494bf243 | 170 | wish.com/merchant/5e670c373cce5a3beff6fca5 |
| 171 | wish.com/merchant/5e670e825a3e1f305a8fa73d | 172 | wish.com/merchant/5e68d40c5c68189ce3cfadaa |
| 173 | wish.com/merchant/5e6b3b733b0da00ac46dfc4b | 174 | wish.com/merchant/5e6cc9ac1061cf7d3454e725 |
| 175 | wish.com/merchant/5e82debc29e78639a75ccd05 | 176 | wish.com/merchant/5e8580c0338f471180a2bd0d |
| 177 | wish.com/merchant/5e86d596cdbbb8da22550a0c | 178 | wish.com/merchant/5e8818f0355fe5b5587cda29 |
| 179 | wish.com/merchant/5e8ae33929e78631ee20b1f5 | 180 | wish.com/merchant/5e95637a65a1790e6efc95df |
| 181 | wish.com/merchant/5e98527457aca69da86f8282 | 182 | wish.com/merchant/5e995677e24a0711ecda6bf5 |
| 183 | wish.com/merchant/5e9fe123785c144048cc4ef2 | 184 | wish.com/merchant/5ea015457ad2558146070650 |
| 185 | wish.com/merchant/5ea55db529e7865480f175af | 186 | wish.com/merchant/5eaaf3c2c39bce01a56f5f58 |
| 187 | wish.com/merchant/5eb00b23e3e3ac6389f28f81 | 188 | wish.com/merchant/5f0ec7d360e54d68ffc099c4 |
| 189 | wish.com/merchant/5f3b34f9c5f7a3a16b7d3c2f | 190 | wish.com/merchant/5f61bedc20ce4931dd065f5f |

15

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 191 | wish.com/merchant/5f69ac3a471217eb6a52ac47 | 192 | wish.com/merchant/5f7c07dee314d89cde01b7ad |
| 193 | wish.com/merchant/5fc758c7ba4411d6eb9ea550 | 194 | wish.com/merchant/5fcf0c9112671149aeb33028 |
| 195 | wish.com/merchant/603c791e27235003b15342fe | 196 | wish.com/merchant/6042f8b5cdfba13a48cbbac9 |
| 197 | wish.com/merchant/60517bb2496e082ce2e96ca7 | 198 | wish.com/merchant/6095f0042bb32e0f14951399 |
| 199 | wish.com/merchant/60af30e412b47d004bdf6022 | | |